# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| HEALTHCARE & DIAGNOSTIC SOLUTIONS, INC., ) ) ) Plaintiff, ) ) vs. ) ) ) PATIENT CARE PHARMACY ) CORPORATIONS; SUSAN ) ALEXANDER GUTHRIE, <u>et</u> <u>al</u>. ) ) Defendants. ) | CIVIL ACTION NO. 18-0153-CG-N |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 26) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated July 23, 2018, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Plaintiffs' motion to remand (Doc. 18) is **DENIED**.

**DONE and ORDERED** this 7th day of August, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE